## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ANGELA BUTLER,

     **Plaintiff,**

v.                               CASE NO.  4:21-cv-404-MW/MAF

TELEPERFORMANCE,

     **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY
### DISMISSAL WITH PREJUDICE

Plaintiff, ANGELA BUTLER, hereby files this Notice of Voluntary

Dismissal with Prejudice. Each side shall bear their own attorney's fees and costs.

                       Respectfully submitted,

                       /s/ Marie A. Mattox
                       Marie A. Mattox [FBN 0739685]
                       MARIE A. MATTOX, P.A.
                       203 N. Gadsden Street
                       Tallahassee, Florida 32301
                       (850) 383-4800 (telephone)
                       (850) 383-4801 (facsimile)

                       ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished to all counsel of records via CM/ECF this 21st day of June, 2022.

                       /s/ Marie A. Mattox
                       Marie A. Mattox