IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA BUTLER,

    Plaintiff,

v.                                                                    CASE NO. 4:21cv404-MW/MAF

TELEPERFORMANCE,

    Defendant.

_____/

## JUDGMENT

Plaintiff's claims against Defendant are dismissed with prejudice. The parties will each bear their attorney's fees and costs.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

June 22, 2022                    s/ *Ronnie Barker*
DATE                                DEPUTY CLERK